Hesam Alagha (#026607)
**GOLDSTEIN WOODS & ALAGHA**
706 E. Bell Rd., Suite 200
Phoenix, Arizona 85022
(602) 569-8200
(602) 569-8201 Fax
salagha@gwalawfirm.com
meo@gwalawfirm.com

*Attorneys for Defendant UFCC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cynthia Escarcega, individually,<br><br>Plaintiff,<br><br>v.<br><br>United Financial Casualty Company, an Ohio corporation; and DOES I-X,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

Defendant, united Financial Casualty Company (hereinafter "Defendant UFCC"), through undersigned counsel, hereby gives notice it has removed this case from the Maricopa County Superior Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and Arizona District Court Local Rule 3.6, based on diversity of citizenship under 28 U.S.C. § 1332(a)(1).

1

1. This lawsuit arises out of the alleged breach of the contract and breach of the implied covenant of good faith and fair dealings.

2. Plaintiff filed her Complaint in the Maricopa County Superior Court on July 12, 2023. The Maricopa County Superior Court action is entitled *CYNTHIA ESCARCEGA, individually, Plaintiff, v. UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation; and DOES I-X, Defendants*, Cause No. CV2023-010449. The Complaint alleges breach of contract and breach of the implied covenant of good faith and fair dealing. **(See copy of Plaintiff's Complaint attached as Exhibit "A.")**

3. Plaintiff served Defendant UFCC on July 17, 2023. **(See copy of the Certificate of Service, attached as Exhibit "B.")**

4. Plaintiff, Cynthia Escarcega, is a resident of the State of Arizona. (See Exhibit A, ¶ 1).

5. Defendant UFCC is an Ohio Corporation with its principal place of business in Ohio.

6. Complete diversity exists under 28 U.S.C. § 1332(a)(1) because Plaintiff is a citizen of Arizona, and Defendant is a citizen of Ohio with its principal place of business and headquarters in Ohio.

7. Plaintiff has alleged general and special damages over $300,000 in their Complaint. Specifically, Plaintiff has alleged damages that is certified as a Tier 3 case in their complaint. (See Exhibit A, ¶ 6).

8. Additionally, on July 26, 2023, Plaintiff filed an offer of judgment in the amount of $1,000,000. **(See copy of the offer of judgment, attached as Exhibit "C.")**

9. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

10. Plaintiff served Defendants on July 17, 2023, by Court Certified Process Server to the State of Arizona Department of Insurance. Defendant removed this lawsuit within 30 days of service. Defendant filed their Answer to Plaintiff's Complaint on August 11, 2023; therefore, the Notice of Removal is timely pursuant to U.S.C. § 1446(b). (**See copy of Defendants' Answer attached hereto as Exhibit "D."**)

11. Defendant has provided a copy of this Notice of Removal to Plaintiff and has filed a copy of the Notice of Removal with the Clerk of the Maricopa County Superior Court, pursuant to 28 U.S.C. § 1446(d) and Arizona District Court local Rule 3.6(a). **Exhibit "E"** is a copy of the Notice of Removal that Defendants have filed with the Maricopa County Superior Court.

12. Pursuant to 28 U.S.C. § 1446(a) and Arizona District Court Local Rule 3.6(b), Defendant has attached copies of all process, pleadings and orders served upon them and all pleadings filed by all parties with the Maricopa County Superior Court prior to this Notice of Removal. **Exhibit "F"** is a copy of these documents. **Exhibit "G"** is attorney Hesam Alagha's Affidavit that to the best of his knowledge and belief, Exhibit "F" contains true and complete copies of all documents filed in the state court proceedings.

Dated this 16th day of August, 2023.

                              GOLDSTEIN WOODS & ALAGHA

                      By:   /s/ *Hesam Alagha*
                            Hesam Alagha
                            706 E. Bell Rd., Suite 200
                            Phoenix, Arizona 85022
                            *Attorneys for Defendant UFCC*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and served on Plaintiffs by mailing to:

Eric W. Robinson, Esq.
WARNOCK MACKINLAY LAW, PLLC
7135 East Camelback Road, Suite F240
Scottsdale, Arizona 85251
erobinson@warnocklaw.com
*Attorneys for Plaintiff*

By:   /s/ Diane Arroyo
Prog/Escarcega/Dist. Crt.- Pleadings 3060-1015