# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Escarcega, | No. CV-23-01673-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United Financial Casualty Company, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 18), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 18). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 12th day of April, 2024.

Honorable John J. Tuchi
United States District Judge